**STATE of Missouri, Respondent,**

v.

**Randy D. ARNDT, Appellant.**

**No. WD 52812.**

Missouri Court of Appeals,
Western District.

April 8, 1997.

Kent Denzel, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lisa A. Fischer, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and
SPINDEN and HOWARD, JJ.

## Order

PER CURIAM.

Appeal from a conviction of unlawful use of a weapon, § 571.030.1(4), RSMo 1994.

Affirmed. Rule 30.25(b).